IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2325*

Civil Action No. 2:14-01178

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2325 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Cynthia Newman

2. Plaintiff Spouse

   David Newman

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   NONE

4. State of Residence

   California

5. District Court and Division in which venue would be proper absent direct filing US District Court for the Central District of California

   Western Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. American Medical Systems, Inc. ("AMS")

Revised: 11/6/13

☐     B.  Ethicon, Inc.

☐     C.  Ethicon, LLC

☐     D.  Johnson & Johnson

☐     E.  Boston Scientific Corporation

☐     F.  C. R. Bard, Inc. ("Bard")

☐     G.  Sofradim Production SAS ("Sofradim")

☐     H.  Tissue Science Laboratories Limited ("TSL")

☐     I.  Mentor Worldwide LLC

☐     J.  Coloplast Corp.

☐     K.  Cook Incorporated

☐     L.  Cook Biotech, Inc.

☐     M.  Cook Medical, Inc.

7. Basis of Jurisdiction

☑     Diversity of Citizenship

☐     Other:_____

A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 1-13

B.  Other allegations of jurisdiction and venue

Pretrial Order #17, entered in MDL No. 2325, provides jurisdiction for the purposes of consolidated discovery and related pretrial proceedings in the Southern District of West Virginia, and allows direct filing into this jurisdiction.  Paragraphs 4 and 5 of this Short Form Complaint also include allegations of jurisdiction and venue.

8. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

    ☐ A. Apogee;

    ☐ B. Perigee;

    ☑ C. MiniArc Sling;

    ☐ D. Monarc Subfascial Hammock;

    ☐ E. SPARC;

    ☐ F. In-Fast;

    ☐ G. BioArc;

    ☐ H. Elevate;

    ☐ I. Straight-In;

    ☐ J. Other

    _____

    _____

9. Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

    ☐ A. Apogee;

    ☐ B. Perigee;

    ☑ C. MiniArc Sling;

    ☐ D. Monarc Subfascial Hammock;

    ☐ E. SPARC;

    ☐ F. In-Fast;

    ☐ G. BioArc;

    ☐ H. Elevate;

    ☐ I. Straight-In;

☐     J. Other;

10. Date of Implantation as to Each Product

    9/20/2011

11. Hospital(s) where Plaintiff was implanted (including City and State)

    Providence Holy Cross Medical Center

    Mission Hills, CA

12. Implanting Surgeon(s)

    Marlon Brooks, MD

    Martin Cooper, MD

13. Counts in the Master Complaint brought by Plaintiff(s)

☑     Count I - Negligence

☑     Count II – Strict Liability – Design Defect

☑     Count III – Strict Liability – Manufacturing Defect

☑     Count IV – Strict Liability – Failure to Warn

☑     Count V - Strict Liability – Defective Product

☑     Count VI - Breach of Express Warranty

☑     Count VII – Breach of Implied Warranty

☑     Count VIII – Fraudulent Concealment

☑     Count IX – Constructive Fraud

☑     Count X - Discovery Rule, Tolling and Fraudulent Concealment

☑     Count XI – Negligent Misrepresentation

☑ Count XII – Negligent Infliction of Emotional Distress

☑ Count XIII – Violation of Consumer Protection Laws

☑ Count XIV – Gross Negligence

☑ Count XV -   Unjust Enrichment

☑ Count XVI - (By the Spouse) – Loss of Consortium

☑ Count XVII – Punitive Damages

☐ Other _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other _____(please state the facts supporting this Count in the space, immediately below)

_____

s/ Bobby J. Bell, Jr.

Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Bobby J. Bell, Jr.
Alabama: ASB-3426-B63B

Hollis, Wright, Clay, & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Telephone: 205-324-3600
Fax: 205-324-3636
bob@hollis-wright.com

Bobby J. Bell, Jr.
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Attorneys for Cynthia Newman & David Newman

5